### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ANTWYNE WARREN,**

**Defendants.**                                    **No. 13-CR-30170-DRH**

## ORDER

**HERNDON, District Judge:**

This matter is before the Court on the government's unopposed motion to dismiss without prejudice Count 5 of the superseding indictment with respect to Antwyne Warren (Doc. 174). The motion is **GRANTED**. The Court **DISMISSES** without prejudice Count 5 of the superseding indictment, possession of a firearm by convicted felon, as to Antwyne Warren.

**IT IS SO ORDERED.**

Signed this 5th day of August, 2015.

Digitally signed by David R. Herndon
Date: 2015.08.05 16:09:10 -05'00'

**United States District Judge**